IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NEIL ALLEN CLEM**                                                              **PLAINTIFF**
**#25946-009**

**v.**                        **CASE NO. 4:21-CV-00837-BSM**

**ANTHONY COUNTS**                                                  **DEFENDANT**

## ORDER

Pursuant to Neil Clem's notice of voluntary dismissal [Doc. No. 4], this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE