IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NEIL ALLEN CLEM**                                                                                    **PLAINTIFF**
**#25946-009**

v.                                          **CASE NO. 4:21-CV-00837-BSM**

**ANTHONY COUNTS**                                                                                    **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of October, 2021.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE